UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10110-RWZ |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  GERALD ANDERSON, a/k/a "WEASLE", "WEZLE" and "WEEZE", and | ) 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base |
| | ) |
| | ) 18 U.S.C. § 2 -- |
| 2.  JAMES BOGARTY, a/k/a "CHUCK", Defendants. | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground and School Zone Violations |

INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 31, 2003, at Boston, in the District of Massachusetts,

2.   JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

COUNT TWO:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 21 U.S.C. § 860(a) -- Playground Zone
               Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 3, 2003, at Boston, in the District of Massachusetts,

2.   JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 10, 2003, at Boston, in the District of Massachusetts,

1. **GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE"** and
2. **JAMES BOGARTY, a/k/a "CHUCK"**,

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT FOUR:**  (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

1. **GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE"**, defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

**COUNT FIVE**:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
           Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about September 16, 2003, at Boston, in the District of Massachusetts,

1.   GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE", defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT SIX</u>:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 24, 2003, at Boston, in the District of Massachusetts,

        2.    JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: April 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK    1:35 pm