UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Suffolk County

YOU ARE COMMANDED to have the body of GERALD ANDERSON now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on APRIL 22, 2004 at 11:00 A.M, for the purpose of an initial appearance in the case of United States of America v. GERALD ANDERSON, ET AL, Criminal Number 04-10110-RWZ. And you are to retain the body of said GERALD ANDERSON while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said GERALD ANDERSON to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 15th Day of APRIL, 2004.

MARIANNE B. BOWLER
Chief United States Magistrate Judge

SEAL

TONY ANASTAS, CLERK

By: _____
Dianalynn Saccoccio
Deputy Clerk