# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GERALD ANDERSON

**WARRANT FOR ARREST**

Case Number: 04-10110-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Gerald Anderson__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine" and**

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine", in a school zone**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 860(a)__.

__Sheila__                                    __Operations Supervisor__
Name of Issuing Officer                      Title of Issuing Officer

__[signature]__                              __4-14-04   Boston, MA__
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____                       BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY __USMS- Devel__
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON __4/27/04__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |