UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
                            )    CRIMINAL NO. 04-10110-RWZ
GERALD ANDERSON,            )
    a/k/a "WEASLE", "WEZLE" )
    and "WEEZE", and        )
                            )
JAMES BOGARTY, a/k/a "CHUCK", )
                            )
        Defendants.         )

2004 JUN 16  P 4: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

## GOVERNMENT'S MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through the undersigned counsel, and files its Motion to Exclude Time Under the Speedy Trial Act for the periods from April 22, 2004 through May 25, 2004 and from June 15, 2004 through August 4, 2004.  In support of their motion, the parties state as follows:

1.    Defendant Gerald Anderson was arraigned on April 22, 2004 before Chief Magistrate Judge Marianne B. Bowler and defendant James Bogarty ("Bogarty") was arraigned on April 27, 2004.

2.    Pursuant to Local Rule 112.2(A)(2), a period of twenty-eight (28) days after a defendant's arraignment constitutes excludable delay for purposes of the Speedy Trial Act.

3.    It is well-settled that the "exclusion of time attributable to one defendant is applicable for all codefendants for speedy trial purposes."  United States v. Barnes, 159 F.3d 4, 10 (1st Cir. 1998); United States v. Santiago-Becerril, 130 F.3d 11,

4.    Based on the foregoing, the period from April 22, 2004

through May 25, 2004 is excludable as to both Gerald Anderson and Bogarty for purposes of the Speedy Trial Act.

5.    Chief Magistrate Judge Bowler held an Initial Status Conference for Gerald Anderson on June 15, 2004[1], at which time the latter, through counsel, requested until August 4, 2004 to review the discovery made available by the government and to determine if the charges against him could be resolved without trial.  Defendant Gerald Anderson, through counsel, also agreed that the period of time from June 15 through August 4, 2004 is excludable for purposes of the Speedy Trial Act.

6.    Based on the foregoing, the parties respectfully submit that the period of time from June 15, 2004 through August 4, 2004 is  excludable as to both defendants for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) on the grounds that the ends of justice are served by allowing defendant Gerald Anderson time to review the discovery provided by the government and to determine if the charges against him can be resolved without a trial and the interests of justice outweigh the best interests of the public and the defendants in a speedy trial.

7.    Based on the foregoing, the government respectfully submit that an order of excludable delay should issue pursuant to 18 U.S.C. § 3161(h)(8)(A) as to both defendants for the period from

---

[1]  An Initial Status Conference for Bogarty is scheduled for June 21, 2004.

April 22 through May 25, 2004 and from June 15 through August 4, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
PATRICK M. HAMILTON
DAVID G. TOBIN
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3100

Date:      June 16, 2004

## CERTIFICATE OF SERVICE

I, Patrick M. Hamilton, do hereby certify that a copy of the foregoing has been served this date by first-class mail upon Benjamin D. Entine, Esq., 77 Franklin Street, Boston, MA 02110, counsel of record for defendant Gerald Anderson; and Edward J. Lee, Esq., 65 Franklin Street, Boston, MA 02110, counsel of record for defendant James Bogarty.

Date:      June 16, 2004

_____
Patrick M. Hamilton