UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10110-RWZ |
| ) | |
| GERALD ANDERSON ) | |
| ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

NOW COMES the defendant, by counsel, and requests a continuance of the status conference scheduled for August 4, 2004 at 10:30 am to September 20, 2004 at 10:00 am.

Counsel states that the audiotapes and videotapes pertaining to the defendant were ordered from the Duplicating Center on July 2, 2004 and as of yet are not available. Counsel is requesting additional time to receive and review the audios and videos tapes pertaining to the defendant.

WHEREFORE counsel for the defendant requests this Honorable Court to reschedule the status conference to September 20, 2004 at 10:00 am in order for counsel to receive and review the audio and video tapes. Assistant United States Attorney, David Tobin, has assented.

Respectfully submitted,

Dated: August 4, 2004

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533

Case 1:04-cr-10110-RWZ     Document 25     Filed 08/04/2004     Page 2 of 2