UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10110-RWZ |
| ) | |
| GERALD ANDERSON ) | |
| ) | |

## ASSENTED MOTION FOR EXCLUDABLE TIME

NOW COMES the undersigned, counsel for the defendant, Gerald Anderson and submits the Assented Motion for Excludable Time.

Both parties agree that the time period between the previously scheduled Status Conference set for August 4, 2004 to the continued Status Conference set for September 20, 2004 be excludable time under the Speedy Trial Act.

Assistant United States Attorney, David Tobin, has assented to this motion.

Respectfully submitted,

Dated: August 4, 2004

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533