```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        ) CRIMINAL NO. 04-10110-RWZ
                                )
        v.                      ) VIOLATIONS:
                                )
1.   GERALD ANDERSON, a/k/a     ) 21 U.S.C. § 841(a)(1) -
     "WEASLE", "WEZLE" and      )    Distribution of Cocaine Base
     "WEEZE", and               )
                                ) 18 U.S.C. § 2 -
2.   JAMES BOGARTY,             )    Aiding and Abetting
     a/k/a "CHUCK",             )
            Defendants.         ) 21 U.S.C. § 860(a) - Playground
                                )    and School Zone Violations
```

SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
             Base; 21 U.S.C. § 860(a) -- School Zone Violation;
             18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 31, 2003, at Boston, in the District of Massachusetts,

　　　　　　2.   JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                    Base; 21 U.S.C. § 860(a) -- Playground Zone
                    Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 3, 2003, at Boston, in the District of Massachusetts,

    2.    **JAMES BOGARTY, a/k/a "CHUCK"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

COUNT THREE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) -- School Zone Violation;
                18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 10, 2003, at Boston, in the District of Massachusetts,

1.  GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE" and
    2.  JAMES BOGARTY, a/k/a "CHUCK",

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:       (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

1.   **GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT FIVE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- School Zone Violation)

The Grand Jury further charges that:

On or about September 16, 2003, at Boston, in the District of Massachusetts,

   1.   GERALD ANDERSON, a/k/a "WEASEL", "WEZLE" and "WEEZE",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the George A. Lewis School, a public middle school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

COUNT SIX:       (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                 Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 24, 2003, at Boston, in the District of Massachusetts,

        2.    JAMES BOGARTY, a/k/a "CHUCK",

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

(1) In conjunction with Counts 3, 4, and 5, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant GERALD ANDERSON is responsible for at least 2 grams but less than 3 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(10) is applicable to the defendant.

(2) At the time Defendant GERALD ANDERSON committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(3) In conjunction with Counts 1, 2, 3, and 6, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant JAMES BOGARTY is responsible for at least 4 grams but less than 5 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(8) is applicable to the defendant.

(4) At the time Defendant JAMES BOGARTY committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense.

Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY



DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  GERALD ANDERSON, a/k/a "WEASLE", "WEZLE" and "WEEZE", and | ) 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base |
| | ) |
| | ) 18 U.S.C. § 2 -- Aiding and Abetting |
| 2.  JAMES BOGARTY, a/k/a "CHUCK", Defendants. | ) |
| | ) 21 U.S.C. § 860(a) - Playground and School Zone Violations |

### SUPERSEDING INDICTMENT

I, the undersigned, foreman of the grand jury of this court, at the term begun and held at Boston on the 28th day of October A.D. 2004, in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not to be made public except on order of the court, to wit:

_____20_____ grand jurors concurring in the Indictment.

_____
FOREPERSON

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                       U.S. District Court - District of Massachusetts

**Place of Offense:**           Category No. __II__        Investigating Agency __DEA__

City __Boston__                 **Related Case Information:**

County __Suffolk__              Superseding Ind./ Inf. __Yes__         Case No. __04-CR-10110-RWZ__
                                Same Defendant __Yes__                 New _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gerald Anderson__                   Juvenile:  ☐ Yes   ■ No

Alias Name __Weasel, Wezle and Weeze__

Address __16 Rockland Street, Roxbury, MA__

Birthdate: __1982__   SS # __-9022__   Sex: __Male__   Race: __African-American__   Nationality __US__

Defense Counsel if known: __Benjamin D. Entine__        Address __77 Franklin St., Suite 300__

Bar Number _____                                              __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __David G. Tobin__                          Bar Number if applicable _____

Interpreter:     Yes    X  No           List language and/or dialect: _____

Matter to be SEALED:    Yes   X  No

    Warrant Requested              ☐ Regular Process            X  In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
X Already in State Custody          X Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____                 on _____

**Charging Document:**      Complaint       ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty  ——  ☐ Misdemeanor  ——  X Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 25, 2004       Signature of AUSA: _David G. Tobin_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _Gerald Anderson_

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 3, 4 & 5 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**                 Category No. __II__         Investigating Agency __DEA__

City __Boston__                      **Related Case Information:**

County __Suffolk__                   Superseding Ind./ Inf. __Yes__        Case No. __04-CR-10110-RWZ__
                                     Same Defendant __Yes__                New _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James Bogarty__                  Juvenile:    ☐ Yes   ■ No

Alias Name __Chuck__

Address __5 Esmond Street, #1, Dorchester, MA__

Birthdate: __1970__   SS # __-4535__   Sex: __Male__   Race: __African-American__   Nationality __US__

**Defense Counsel if known:** __Edward J. Lee__        Address __65 franklin Street, Suite 500__

Bar Number _____                                         __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __David G. Tobin__                         Bar Number if applicable _____

Interpreter:         Yes     X No        List language and/or dialect: _____

Matter to be SEALED:      Yes   X  No

   Warrant Requested         ☐ Regular Process       X   In Custody

**Location Status:**

Arrest Date __4/15/04__

X   Already in Federal Custody as of   __4/15/04__   in   __U.S. Marshal Service__
    Already in State Custody           Serving Sentence        Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____                on _____

**Charging Document:**       Complaint       ☐ Information         X  Indictment

**Total # of Counts:**       ☐ Petty          ☐ Misdemeanor        X Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__         Signature of AUSA: _David G. Tobin_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   James Bogarty _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a school zone | 1, 3 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Distribution of cocaine base | 6 |
| Set 4 | 18 U.S.C. § 2 | Aiding and abetting | 1, 2, 3 and 6 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.