UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10110-RWZ |
| | ) | |
| **JAMES BOGARTY, et al.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By: */s/ David G. Tobin*
                          DAVID G. TOBIN
                          Assistant U.S. Attorney
                          One Courthouse Way
                          Suite 9200
                          Boston, MA  02210
                          (617) 748-3392

November 22, 2004