UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 04-10110-RWZ |
| ) | |
| GERALD ANDERSON ) | |
| ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

NOW COMES the defendant, by counsel, and requests a continuance of the status conference scheduled for February 1, 2005 at 2:30 pm due to a conflict with a family member's medical appointment. At the time of the continuance from January 21, 2005 counsel was not aware of this conflict.

WHEREFORE counsel for the defendant requests this Honorable Court to reschedule the status conference to a date convenient for the Court. Assistant United States Attorney, David Tobin, has assented.

Respectfully submitted,

Dated: January 31, 2005

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533