UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                                      )<br>)<br>**GERALD ANDERSON, and** )<br>**JAMES BOGARTY**             )<br>) | CRIMINAL NO. 04-CR-10110-RWZ |

### GOVERNMENT'S MOTION TO CHANGE STATUS CONFERENCE DATES

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to change the defendants' status conference dates.  Defendant Anderson's next status conference is scheduled for April 18, 2005; Defendant Bogarty's next status conference is scheduled for March 3, 2005.  The undersigned attorney for the United States is unavailable on both dates as he will be on an out-of-state vacation on April 18, 2005, and will be on out-of-state military leave on March 3, 2005.  The undersigned attorney for the United States is available to be present at the status conferences any day except February 25, 2005, and February 28, 2005 through March 4, 2005 (vacation/military leave), March 14, 2005 through March 18, 2005 (military leave), and April 15, 2005 through April 22, 2005 (out-of-state vacation).  The United States respectfully moves this

Honorable Court to reschedule the status conferences to a date or dates that do not conflict with the above-specified periods.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

            By: */s/ David G. Tobin*
                DAVID G. TOBIN
                Assistant U.S. Attorney

Dated:  February 22, 2005