UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10110-RWZ |
| | ) | |
| **GERALD ANDERSON, and** | ) | |
| **JAMES BOGARTY** | ) | |
| | ) | |

## GOVERNMENT'S AMENDED AND ASSENTED TO MOTION TO CHANGE STATUS CONFERENCE DATES

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to change the defendants' status conference dates. Defendant Anderson's next status conference is scheduled for April 8, 2005; Defendant Bogarty's next status conference is scheduled for March 3, 2005. The government has no scheduling conflict with the date of Defendant Anderson's next status conference, April 8, 2005. The undersigned attorney for the United States is unavailable on March 3, as he will be on out-of-state military leave. The undersigned attorney for the United States respectfully moves this Honorable Court to reschedule Defendant Bogarty's status conference to April 8, 2005, to coincide with the previously-scheduled status conference for Defendant Anderson. Counsel for

Defendant Bogarty has assented to this motion.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By: _/s/ David G. Tobin_
                                DAVID G. TOBIN
                                Assistant U.S. Attorney

Dated:  February 25, 2005