UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 04-CR-10110-RWZ |
| ) | |
| GERALD ANDERSON,         ) | |
| JAMES BOGARTY            ) | |
|      Defendants         ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from April 8, 2005 (the date of a scheduled Status Conference) to and including June 6, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assented to this request at the Status Conference on April 8, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By: */s/ David G. Tobin*
                              DAVID G. TOBIN
                              Assistant U.S. Attorney

Dated:  May 19, 2005