UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | CRIMINAL NO. 04-CR-10110-RWZ |
| ) | |
| **GERALD ANDERSON, and** ) | |
| **JAMES BOGARTY**    ) | |
| ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 6, 2005(the date of the most recent status conference) to and including July 7, 2005(the date of the next status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants, through counsel, assented to this request during the status conference held on June 6, 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                               By: */s/ David G. Tobin*
                                   DAVID G. TOBIN
                                   Assistant U.S. Attorney

Dated:  June 10, 2005