# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10110-RWZ

UNITED STATES OF AMERICA

v.

GERALD ANDERSON
a/k/a Weasle
a/k/a Wezle
a/k/a Weeze

JAMES BOGARTY
a/k/a Chuck

## *FINAL STATUS REPORT*

July 7, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendants with the distribution of cocaine base in a school zone and aiding and abetting and also charges defendant Bogarty with distribution of cocaine base in a playground zone and distribution of cocaine base, was returned on October 28, 2004;

2. The defendants were arraigned on the Superseding Indictment on November 12, 2004;

3. The defendants are in custody on the charges;

4. At the arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately one week;

5. Counsel for defendants have indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through July 7, 2005;

7. This case is hereby returned to the district judge to whom it is assigned.


    /s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2