UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GERALD ANDERSON )<br>_____) | CRIMINAL NO. 04-10110-RWZ |

## MOTION TO CONTINUE TRIAL

NOW COMES the undersigned, counsel for the Defendant, Gerald Anderson and requests a continuance of the Trial scheduled for October 12, 2005 at 9:00 am.

Counsel states that on October 12, 2005 counsel had emergency surgery and a post operative follow-up is scheduled for October 21, 2005 with further treatment likely. Counsel conferred with AUSA, David Tobin, concerning a plea offer on October 6, 2005. Due to counsel's health and the holidays a visit to Plymouth County House of Correction to discuss this offer has not been scheduled. Counsel would request additional time to visit Defendant and discuss the government's offer prior to a re-scheduled trial or otherwise prepare for a jury trial.

WHEREFORE counsel for the defendant requests this Honorable Court to reschedule the trial currently set for October 31, 2005 in order to afford counsel the opportunity to discuss the government's plea offer prior to trial or otherwise prepare for trial. Assistant United States Attorney, David Tobin, for the government and Attorney Robert Murray for co-defendant James Bogerty, has assented. Counsel anticipates recovery by November 30, 2005.

Respectfully submitted,

Dated: October 14, 2005

/s/ Benjamin D. Entine, Esq.
77 Franklin Street