UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10110-RWZ |
| | ) | |
| GERALD ANDERSON | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the defendant, by counsel, and requests a continuance of the Sentencing Hearing scheduled for March 14, 2006.

For reasons counsel states that the Jewish Holiday of Purim begins on March 13, 2006 and continues until sundown of March 14, 2006.

WHEREFORE, counsel requests a continuance of the Sentencing Hearing scheduled for March 14, 2006, to a date convenient for the Court and all parties.

Respectfully submitted,

Dated: February 13, 2006

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 13th day of February, 2006.

/s/ Benjamin D. Entine, Esq.