UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>GERALD ANDERSON       )<br>) | CRIMINAL NO. 04-10110-RWZ |

## MOTION FOR DOWNWARD DEPARTURE

The defendant, Gerald Anderson, by counsel, moves this Honorable Court for a Downward Departure pursuant to §4A1.3, U.S.S.G.[Application notes] that defendant's "criminal history category significantly over represents the seriousness of the defendant's criminal history."

Defendant's criminal history points derive from one conviction for resisting arrest [¶ 47, PSR], one for possession of a small amount of marijuana [¶ 48, PSR], and two points added pursuant to §4A1.1(d), U.S.S.G., as he was on probation at the time of the instant offense [these sales totaling 2.86 grams of cocaine base, ¶ 34, PSR].

Defendant moves for a downward departure as to criminal history category to level II and a guideline range of 33-41 months [Offense Level 19, U.S.S.G.], as the current calculation significantly overstates the seriousness of his criminal history.

Respectfully submitted,

Dated: March 9, 2006

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of March, 2006.

/s/ Benjamin D. Entine, Esq.