ATTORNEY ASSIGNMENT REQUEST

Defendant: **GERALD ANDERSON**     Case & Defendant Number **04CR10110-1-RWZ**

Date of Appointment:_____     Appointed by:_____

Attorney Withdrawn_____     Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____     Information_____     Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions: Please assign a CJA attorney for review and/or re-sentencing of defendant under the new amended crack cocaine guidelines. PLEASE ADD MIRIAM CONRAD.

_____

_____

_____

　　　　　　　　　　　　　　　　　　　　　　_s/ Lisa A. Urso
　　　　　　　　　　　　　　　　　　　　　　 Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　 Dated 4/4/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

ATTORNEY ASSIGNMENT REQUEST.wpd