UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| )  | |
| v.                         ) | CRIMINAL NO. 04-10110-RWZ |
| )  | |
| GERALD ANDERSON            ) | |

NOTICE OF APPEARANCE

    Assistant Federal Public Defender J. Martin Richey hereby files his appearance on behalf of defendant Gerald Anderson.

                              /s/ J. Martin Richey
                              J. Martin Richey
                                B.B.O. # 559902
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2008.

                              /s/ J. Martin Richey
                              J. Martin Richey