UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10110-RWZ |
| ) | |
| GERALD ANDERSON ) | |

<u>MOTION TO WITHDRAW</u>

Federal Public Defender Miriam Conrad hereby moves to withdraw from this matter.  As grounds for this motion, Assistant Federal Public Defender J. Martin Richey has filed a notice of appearance on behalf of defendant.

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02210
Tel: 617-223-8061


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 15, 2008.

/s/ Miriam Conrad

Miriam Conrad