UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10110-RWZ |
| | ) | |
| GERALD ANDERSON | ) | |

MOTION TO WITHDRAW

Assistant Federal Public Defender J. Martin Richey hereby respectfully moves to withdraw from this matter.  As grounds for this motion, the Federal Defender Office represented a defendant in a related case, which poses a conflict of interest in the continued representation of defendant.

Attorney Charles Rankin has indicated that he is willing to accept a CJA appointment to represent defendant.

/s/ J. Martin Richey

J. Martin Richey
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2008.

/s/ J. Martin Richey

J. Martin Richey