```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                            _____

                          No. 04-10110-RWZ
                            _____

                       UNITED STATES OF AMERICA

                                 v.

                          GERALD ANDERSON,
                              Defendant
                            _____
```

**APPEARANCE OF COUNSEL**

Please enter my appearance as appointed counsel of record for the defendant Gerald Anderson.

                                            Respectfully submitted


                                            /s/ Charles W. Rankin
                                            _____
                                            Charles W. Rankin
                                            BBO No. 411780
                                            Rankin & Sultan
                                            151 Merrimac St.
                                            Boston, MA 02114
                                            (617) 720-0011


                              **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on July 15, 2008.

                                            /s/ Charles W. Rankin
                                            _____
                                            Charles W. Rankin