# CRIMINAL DOCKET

**DOCKET NO:** 0002CR003014

**ATTORNEY NAME:** Nichelson

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
ANDERSON, GERALD
16 ROCKLAND STREET #1
ROXBURY, MA

**DEFT DOB AND SEX:** 10/11/1982  M

**DATE OF OFFENSE(S):** 06/24/2000
**PLACE OF OFFENSE(S):** ROXBURY

**COMPLAINANT:** DEMISMIN, SGT
**POLICE DEPARTMENT:** BOSTON PD AREA B-2

**DATE OF COMPLAINT:** 06/26/2000
**RETURN DATE AND TIME:** 06/26/2000 08:30:00

**DATE and JUDGE:** JUN 26 2000 Zeleski, J; JUN 26 2000; JUN 26 2000

**DOCKET ENTRY:**
- Terms of release set
- PR
- Arraigned and advised:
  - Potential of bail revocation (276 §58)
  - Right to bail review (276 §58)
- Advised of right to jury trial:
  - Does not waive

### COUNT/OFFENSE
**1. 265/15B/A ASSAULT W/DANGEROUS WEAPON c265 §15B**

Disposition Date: JAN 29 2001 — Wright, J
Finding: No Probable Cause
Pre-Trial Prob. 1 yr
[handwritten: one year prob 3/21/03 unsupervised]

### COUNT/OFFENSE
**2. 265/13A/B A&B c265 §13A**

Disposition Date: JAN 29 2001 — Wright, J
Pre-Trial Prob
[handwritten: Jan 28, 2002; one year Prob 3/21/03 cw/1]

### COUNT/OFFENSE
**3. 269/10/B DANGEROUS WEAPON, CARRY c269 §10**

Disposition Date: JAN 29 2001 — Wright, J
Pre-Trial Prob
[handwritten: Jan 28, 2002; one year Prob 3/21/03 cw/2]

### COUNT/OFFENSE
**4. 266/120 TRESPASS c266 §120**

Disposition Date: JAN 29 2001 — Wright, J
Pre-Trial Prob
[handwritten: Jan 8, 2002; one year Prob 3/21/03 cw/3]

**Exhibit A**

**COURT ADDRESS:** Roxbury District Court, 85 Warren Street, Roxbury, MA 02119

A TRUE COPY ATTEST  X

DOCKET NUMBER: 0002CR003014         NAME: ANDERSON,

## SCHEDULING HISTORY

| NO | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6-29-00 | PT | ☐ Held | ☐ Cont'd | Aug 12 2005 TR. of | Zeleski, J | 743-00 | 3470 | 37 |
| 2 | 11-16-00 | motion | ☐ Held | ☐ Cont'd | Aug 28 2005 trial | Zeleski, J | 745-00 | 001 | |
| 3 | JAN 9 01 | Jury Status | ☐ Held | ☐ Cont'd | CT - 6:05 m | Wright J | 3124 | 1045 | 1428 |
| 4 | 3-1-001 | Trial | ☐ Held | ☐ Cont'd | 11-20-03 | Wright J | 1721/03 | 615 | |
| 5 | 1/26/01 | Brt Fwd | ☐ Held | ☐ Cont'd | | | | | |
| 6 | 1/29/01 | Motion | ☐ Held | ☐ Cont'd | | | | | |
| 7 | 3/9/01 | Jury | ☐ Held | ☐ Cont'd | JAN 29 2001 | Wright | 01-137 | 3048 | 3347 |
| 8 | 6/27/01 | Surr | ☐ Held | ☐ Cont'd | 3/22/02 | | | 200 | |
| 9 | 7/24/01 | Surr | ☐ Held | ☐ Cont'd | 6/13/02 Redd | | 89/02 | 829 | |
| 10 | 2/14/02 | Surr | ☐ Held | ☒ Cont'd | 7-23-03 Surr | | | | |

AR=Arraignment   PT=Pretrial hearing   CE=Discovery compliance and jury election   T=Bench trial   J=Jury Trial   PC=Probable cause hearing   M=Motion hearing   SR=Status review
SRP=Status review of payment   FA=First appearance in jury session   S=Sentencing   CW=Continuance-without-finding scheduled to terminate   P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted   WAR=Warrant issued   WARD=Default warrant issued   WR=Warrant or default warrant recalled   PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| JUN 26 2000 | See Doc # 2589-00   Zeleski, J |
| 11-13-00 | Motion for Discovery of Physical & Expert Evidence filed. (EMG) |
| 1-5-001 | Leavy, J  Case Brought Forward and Cont'd until 2-1-001 for Trial |
| 1/26/01 | Request for Continuance Filed and Alibi (for rcm) |
| JUL 24 2001 | J. REDD Cont'd to original date 1-28-02 |
| 12/21/01 | Wright JB6 on new arrest SSA6/01 Adm Dble Appt Surr nolice filed Cont'd until 2/14/02 |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| DOCKET CONTINUATION | NAME OF CASE: Gerald Anderson | DOCKET NUMBER: 0002 cr 3014 |
|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | FEB 14 2002 | Connors J. Tape # 250-02 Start - 630 End - 1009 After hearing P.T.P. Revoked |
| | 2-14-02 | Cont. for PTH 3-22-02 |
| | MAR 22 2002 | J. WRIGHT Counts 1-4. Tender of Plea. Rtez. Jury waiver colls given. G one year Prob 3/21/03 conc w/ 2589/00. VW f $60. PSF $50 110hrs. Deft to complete anger management program. Chad he 1517 All counts conc w/each other. |
| | 4-17-02 | Surr. Notice filed, Cont'd 5-31-02 for SH |
| | 5-31-02 | Leary J. After hearing cause found as to Viol of Prob. held w/o BAIL on 5996/01 for final S.H. 6-13-02 Surr Hearing |
| | 6/13/02 | Rex J. Deft Stipulates to VOP Prob Surr Cont'd until 7/31/02 for Disp. Deft released from detention |
| | 7/31/02 | Leary J. Disposition on Viol - Cont'd until original date of 3/21/03 with same terms & conditions. |
| | NOV 21 2002 | J. WRIGHT Surr notice filed Atty Silverites Aspt too Request for Detention Cont'd until 1/31/03 for Surr |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
|  | 1-31-03 | Cont. for Surr Hearing 3-14-03 |
|  | 3-14-03 | Cont for Surr / 4-30-03 Surr |
|  | APR 3 0 2003 | J. REDD  Cont to 5-27-03 Surr |
|  | SEP 1 2 2003 | Donnelly, J  ∆ stipulates. VOP entered. Probation continued to 9-10-04. Conditions: 1. OCC level III  2. ∆ must attain GED  3. seek employment. JaK |
|  | OCT 1 6 2003 | J. WRIGHT  cont. 11/20/03 — Surrender Prob. Off. Dolan filed Surr. notice. |
|  | 11-20-03 | Wright, J. after hearing Court find Defendant in VOP probation Revoke. Sentence order imposed Guilty 18 mos SCHC Committed Count 4, 3, 2, Con/C with Count 1 |
|  | 11-20-03 | Mitt. Issued — EDE |

| DOCKET CONTINUATION | NAME OF CASE | DOCKET NUMBER 0002CR3014 |
|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
|  | 11-20-03 | Wright, J. Surrender Hearing Commences Commonwealth Witness #1 Sgt Merme Comm's Exhibit #1 Ballistician's Report Comm's Exhibit #2 Ballistician's Report |
|  | 5-6-05 | Cont'd to 5/23/05 for motion (Wright J) |
|  | MAY 23 2005 | J. WRIGHT Defendant's Motion to Withdraw Guilty Plea and for a New Trial and for the Appointment of Counsel, heard and taken under advisement. Con't to 6-29-05 for Status/Motion J. Wright. Tape 05/713 1818-2698 ∆ in Federal Custody on this date. (MMB) |
|  | 7-12-05 | J. Wright motion withdraw guilty plea Allowed case cont to Aug 12 2005 trial status Habe to issue US Marshall's Markley Way, Boston MA TM |
|  | 7/13/05 | Habe Issued (EM) |
|  | 8-12-05 | case cont to Aug 25 2005 for motion status EM |
|  | 8-25-05 | J. Wright motion taken under Advisement case cont to Oct 6 2005 motion status to be heard by J. Wright |
|  | 10/24/05 | Defendant's Notice of Appeal, received + filed, GW —CS |