Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2003-11090
### Commonwealth v Anderson, Gerald

| | | | | | |
|---|---|---|---|---|---|
| File Date | 10/21/2003 | Status | Disposed (sentenced) (dsenimp) | | |
| Status Date | 03/24/2006 | Session | 1 - Criminal 1 Ctrm 704 | | |
| Jury Trial | Unknown | Origin | I - Indictment | | |
| Lead Case | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Arraignment | 11/13/2003 | Track | I - Inventory | Final PTC | 02/11/2004 |
| Disp. Deadline | 11/12/2004 | Deadline Status | Active since return date | Status Date | 11/13/2003 |
| Pro Se Deft | No | Custody Status | Cedar Junction MCI (Walpole) | Start Date | 03/27/2006 |
| Weapon | Hand gun | Substance | | Prior Record | Unknown |

### OFFENSES

| Num | Offense | Code | Town | Status | Status Date |
|---|---|---|---|---|---|
| 1 | 09/19/2003 | 269/10/AA | Boston | Guilty plea | 03/24/2006 |
| | FIREARM, POSSESS LARGE CAPACITY c269 s10(m) | | | | |
| 2 | 09/19/2003 | 269/10/H | Boston | Guilty plea | 03/24/2006 |
| | FIREARM WITHOUT FID CARD, SUBSQ.OFF. c269 s10(h) | | | | |
| 3 | 09/19/2003 | 269/10/G | Boston | Filed (guilty plea) | 03/24/2006 |
| | FIREARM WITHOUT FID CARD, POSSESS c269 s10(h) | | | | |
| 4 | 09/19/2003 | 269/10/H | Boston | Guilty plea | 03/24/2006 |
| | FIREARM WITHOUT FID CARD, SUBSQ.OFF. c269 s10(h) | | | | |
| 5 | 09/19/2003 | 269/10/G | Boston | Filed (guilty plea) | 03/24/2006 |
| | FIREARM WITHOUT FID CARD, POSSESS c269 s10(h) | | | | |
| 6 | 09/19/2003 | 269/11C/B | Boston | Guilty plea | 03/24/2006 |
| | FIREARM W / DEFACED NO., RECEIVE c269 s11C | | | | |
| 7 | 09/19/2003 | 265/15B/A | Boston | Filed (guilty plea) | 03/24/2006 |
| | ASSAULT W/DANGEROUS WEAPON c265 s15B(b) | | | | |
| 8 | 09/19/2003 | 265/15A/A | Boston | Guilty plea | 03/24/2006 |
| | A&B WITH DANGEROUS WEAPON c265 s15A(b) | | | | |
| 9 | 09/19/2003 | 265/18/C | Boston | Guilty plea | 03/24/2006 |
| | ASSAULT TO MURDER, ARMED c265 s18(b) | | | | |

### PARTIES

| | |
|---|---|
| **Plaintiff**<br>Commonwealth<br>Gender: Unknown<br>Active 10/21/2003 | **District Atty's Office 641385**<br>Terrance Reidy<br>Worcester County District Attys Office<br>Worcester Trial Court<br>225 Main Street<br>Worcester, MA 01608<br>Phone: 508-755-8601<br>Fax: 508-831-9899<br>Active 10/21/2003 Notify |

Exhibit C

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Defendant | Private Counsel 346220 |
|---|---|
| Gerald Anderson<br>16 Rockland Street, Apt. #1<br>Roxbury, MA 02119<br>DOB: 10/11/1982<br>Gender: Male<br>CC#030506332<br>Active 10/21/2003 | John H Miller<br>1874 Centre Street<br>West Roxbury, MA 02132<br>Phone: 617-327-9800<br>Active 01/06/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/21/2003 | 1.0 | Indictment returned |
| 10/21/2003 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed (Locke, J) |
| 10/21/2003 | | Warrant on indictment issued |
| 10/21/2003 | | Warrant was entered onto the Warrant Management System October 21, 2003 |
| 11/13/2003 | | Defendant brought into court. Warrant recalled. |
| 11/13/2003 | 3.0 | Appearance of Deft's Atty: Robert J. Burns for arraignment and bail only. |
| 11/13/2003 | | Deft arraigned before Court |
| 11/13/2003 | | Deft waives reading of indictment |
| 11/13/2003 | | RE Offense 1:Plea of not guilty |
| 11/13/2003 | | RE Offense 2:Plea of not guilty |
| 11/13/2003 | | RE Offense 3:Plea of not guilty |
| 11/13/2003 | | RE Offense 4:Plea of not guilty |
| 11/13/2003 | | RE Offense 5:Plea of not guilty |
| 11/13/2003 | | RE Offense 6:Plea of not guilty |
| 11/13/2003 | | RE Offense 7:Plea of not guilty |
| 11/13/2003 | | RE Offense 8:Plea of not guilty |
| 11/13/2003 | | RE Offense 9:Plea of not guilty |
| 11/13/2003 | | Bail set: $1,000,000.00 with surety or in the amount of $100,000.00 dollars cash bail without prejudice. Bail warning read. Mittimus Issued. Wilson, Mag - T. Reidy, ADA - E.R.D. - R. Burns, Attorney. |
| 12/03/2003 | | Defendant brought into court. Wilson, Mag - T. Reidy, ADA - ERD - R. Burns, Attorney. |
| 01/06/2004 | | Defendant brought into court |
| 01/06/2004 | | Appointment of Counsel John H Miller Jr. Wilson, Mag - C. Bartoloni for T. Reidy, ADA - ERD - J. Miller, Attorney |
| 02/10/2004 | | Defendant not present. Vaughan, Mag - ERD - J. Miller, Attorney |
| 02/24/2004 | 4.0 | Deft files motion to disclose the the method of identification |
| 02/24/2004 | 5.0 | Deft files motion for photos used in any photographic identification |
| 02/24/2004 | 6.0 | Deft files motion for disclosure of acts allegedly relevant to the above captioned matter |
| 02/24/2004 | 7.0 | Deft files motion of the defendant to be furnished with staements of promises, rewards, inducements or threats |
| 02/24/2004 | 8.0 | Deft files motion for statements of defendants |

MASXP-20070813　Case 1:04-cr-10110-RWZ　Document 75-4　Filed 08/06/2008　Page 3 of 7　06/06/2008
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
12:38 PM

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Date | Paper | Text |
|---|---|---|
| 02/24/2004 | 9.0 | Deft files motion for statements of co-defendants |
| 02/24/2004 | 10.0 | Deft files motion for copy of turret tape |
| 02/24/2004 | 11.0 | Deft files motion for criminal records of government witnesses |
| 02/24/2004 | 12.0 | Deft files motion for statements of government witnesses |
| 02/24/2004 | 13.0 | Deft files motion for leave to file additional discovery requests and further motions after receipt of discovery |
| 02/24/2004 | 14.0 | Deft files motion for the copy of the police officers notes with references to interviews with witnesses |
| 02/24/2004 | 15.0 | Deft files motion for list of all people interviewed by the police re: this crime |
| 02/24/2004 | 16.0 | Deft files motion for expenses of an investigator |
| 02/24/2004 | 17.0 | Deft files motion for medical records of alleged victims. |
| 03/11/2004 | | Defendant not present. Continued by agreement to 3/19/04 re: bail hearing (in person). Habe issued to South Bay. - McEvoy, J - M. McDonald, CR - J. Miller, Atty |
| 03/19/2004 | | Defendant brought into Court |
| 03/19/2004 | | Hearing re: bail. Defendant's oral motion for reduction of bail held. After hearing, denied. Case continued to 5/4/04 by agreement for non-evidentiary hearing. - McEvoy J. - T. Reidy ADA - M. McDonald Court Reporter - J. Miller Attorney |
| 05/04/2004 | | Defendant not present. Continued by agreement to 6/9/04 re: Status. Wilson, Mag - T. Reidy, ADA - ERD - J. Miller, Attorney |
| 06/09/2004 | | Defendant not present. |
| 06/09/2004 | | Continued until July 07, 2004 for Status by agreement. Defendant in Federal Custody. Wilson, MAG - C. Bartoloni, ADA - ERD - J. Miller, Attorney. |
| 07/07/2004 | | Defendant not present. Continued to 8/11/04 by agreement re: Further Non-Evidentiary Motions. (Deft in Federal Custody). |
| 07/07/2004 | | Motion (P#16) allowed as endorsed. |
| 07/07/2004 | | Motion (P#17) allowed as endorsed. Wilson, Mag - T. Reidy, ADA - ERD - J. Miller, Attorney |
| 08/11/2004 | | Defendant not present in court, continued until October 01, 2004 for Status re: Discovery by agreement. Defendant in Federal Custody. Wilson, MAG - G. Brooks, ADA - ERD - J. Miller, Attorney. |
| 10/01/2004 | | Defendant not present in court. Continued until November 17, 2004 by agreement for status re: discovery compliance. - Wilson, MAG - T. Reidy, ADA - ERD - J. Miller, Attorney. |
| 10/07/2004 | 18.0 | Deft files motion to suppress evidence and affidavit in support of. |
| 11/17/2004 | | Defendant not present in court, continued until January 18, 2005 for Status re: Commonwealth's response to defense counsels discovery motions. Defendant in Federal Custody at Plymouth County House of Correction. Wilson, MAG - C. Bartoloni for T. Reidy, ADA - ERD - J. Miller, Attorney |
| 01/18/2005 | | Defendant not present in court, continued until February 23, 2005 by agreement re: lobby conference. Deft held in Federal custody. Wilson, MAG - T. Reidy, ADA - ERD - J. Miller, Attorney |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Date | Paper | Text |
|---|---|---|
| 02/23/2005 | | Defendant not present. Event not held. |
| 02/23/2005 | | Continued to 3/22/05 for hearing re: status/discovery by agreement. Ball, J - T. Reidy, ADA - I. Frazier, Court Reporter - J. Miller, Atty |
| 03/09/2005 | 19.0 | Defendant's motion to suppress evidence, filed. |
| 03/22/2005 | | Defendant came into court. Defendant is in Federal Custody. |
| 03/22/2005 | | Continued to April 12, 2005 for hearing on Commonwealth's Compliance with discovery by agreement. Gary D Wilson, Magistrate - G. Brooks for T. Reidy, ADA - ERD - J. Miller, Attorney |
| 03/28/2005 | 20.0 | Deft files Pro Se Motion to dismiss appointed attorney and to Appoint new attorney. |
| 03/30/2005 | | Defendant not present in court, continued until April 12, 2005 for Status Re: Counsel by order of the Court. Defendant not transported, in Federal custody. Wilson, MAG. - ERD. |
| 04/12/2005 | | Defendant not present in court, continued until May 10, 2005. by agreement. RE: status re: discovery. Locke, J - T. Reidy, ADA - C. Skerritt, CR |
| 05/10/2005 | | Defendant not present in court, continued until June 06, 2005 by request of defendant. Hearing re: status re: discovery. Locke, J - G. Brooks for T. Reidy, ADA - C. Skeritt, CR - J. Miller, Atty |
| 06/06/2005 | | Defendant not present, continued until July 06, 2005 by agreement hearing re: status. Locke, J - T. Reidy, ADA - P. Collins, CR - J. Miller, Atty |
| 07/06/2005 | | Defendant not present. Continued to 10/19/05 by agreement. Heairng re: motion to suppres (2 hrs) in motion session Room 907. Defendant in Federal Custody. Habe to U.S. Marshall hand delivered to DA. Sanders, J - T. Reidy, ADA - C. Skeritt, CR - J. Miller, Atty |
| 10/19/2005 | | Defendant not present, continued until 12/6/2005 at the request of Commonwealth. Fishman J - T. Reidy, ADA - J. Miller (on trial) |
| 12/06/2005 | | Defendant brought into court. |
| 12/06/2005 | | Hearing re: motion to supress. After hearing defendant's motion to suppres taken under advisment. |
| 12/06/2005 | | Continued to 1/11/2006 by agreement for status re: Findings and Lobby. Fishman J - T. Reidy, ADA - P. Connelly, Court reporter - J. Miller, Attorney. |
| 12/13/2005 | 21.0 | Court files findings of Fact, Conclusions of law and Order Denying Defendant's motion to suppress evidence. Fishman J (T. Reidy, ADA and J. Miller, Attorney notified with copy) |
| 01/11/2006 | | Defendant not present |
| 01/11/2006 | 22.0 | Deft files Motion for transcript of motion to suppress and for funds for transcript |
| 01/11/2006 | | Motion (P#22) allowed (Jeffrey A Locke, Justice). |
| 01/11/2006 | | Continued 2/6/06 by agreement re: plea. in Federal custody ADA will arrange transportation via U.S. Marshalls. Locke, J - T. Reidy, ADA - P. Collins, Court Reporter J. Miller, Atty |
| 02/06/2006 | | Defendant not present, hearing continued until 3/24/2006 by agreement for plea change hearing. (Defendant in Federal Custody, ADA will |

MASXP-20070813　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　06/06/2008
Case 1:04-cr-10110-RWZ   Document 75-4   Filed 08/06/2008   Page 5 of 7
**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
12:38 PM

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Date | Paper | Text |
|---|---|---|
| | | arrange transportation). Locke, J. - T. Reidy, ADA - B. Sutton, COurt Reporter - J. Miller, Attorney. |
| 03/08/2006 | | Defendant not present |
| 03/08/2006 | 23.0 | Commonwealth files motion for writ of habeas corpus. |
| 03/08/2006 | | Motion (P#23) allowed. |
| 03/08/2006 | | Deft in Federal custody. T. Reidy, ADA wil arrange transportation. Quinlan, J - T. Reidy, ADA - E. Roscoe, Court Reporter |
| 03/24/2006 | | Defendant brought into court |
| 03/24/2006 | | Deft offers to plead guilty. After hearing Court accepts deft's offer. Deft pleads guilty to offense #001, #003, #005 through #009 as charged. Pleads guilty to so much of offenses #002 and #004 as charges, " Possession of a Firearm, Not Home/Work - No License - second offense" |
| 03/24/2006 | | RE Offense 1:Guilty plea |
| 03/24/2006 | | RE Offense 2:Guilty plea |
| 03/24/2006 | | RE Offense 4:Guilty plea |
| 03/24/2006 | | RE Offense 6:Guilty plea |
| 03/24/2006 | | RE Offense 8:Guilty plea |
| 03/24/2006 | | RE Offense 9:Guilty plea |
| 03/24/2006 | | Defendant warned per Chapter 278, Sec 29D of alien status |
| 03/24/2006 | | Defendant warned per Chapter 22E Sec. 3 of DNA |
| 03/24/2006 | 24.0 | Waiver of defendants' rights, filed. Commonwealth moves for sentencing. |
| 03/24/2006 | | Defendant sentenced as to offense #001 - M.C.I.Cedar Junction - Max: five (5) years - Min: three (3) years concurrent with Federal sentence now serving. Mittimus issued. |
| 03/24/2006 | | Sentence credit given as per 279:33A: nine hundred sixteen (916) days. |
| 03/24/2006 | | Defendant sentenced as to offense #002 - M.C.I.Cedar Junction - Max: five (5) years - Min: three (3) years concurrent with sentence imposed on offense #001. Mittimus issued. |
| 03/24/2006 | | Defendant sentenced as to offense #004 - M.C.I.Cedar Junction - Max: five (5) years - Min: three (3) years concurrent with sentence imposed on offense #001. Mittimus issued. |
| 03/24/2006 | | Defendant sentenced as to offense #006, #008 and #009 - M.C.I.Cedar Junction - Max: five (5) years - Min: three (3) years concurrent with sentence imposed on offense #001. Mittimus issued. |
| 03/24/2006 | | RE Offense 3:Filed (guilty plea); deft assenting thereto. |
| 03/24/2006 | | RE Offense 5:Filed (guilty plea); deft assenting thereto. |
| 03/24/2006 | | RE Offense 7:Filed (guilty plea); deft assenting thereto. |
| 03/24/2006 | | Commonwealth's oral motion to dismiss the "armed career criminal' portion of offenses #002 and #004 is made and allowed; deft assenting thereto. |
| 03/24/2006 | | Victim-witness fee assessed: $90.00 |
| 03/24/2006 | | Notified of right of appeal under Rule 64. Quinlan, J - T. Reidy, ADA - E. Roscoe, Court Reporter - J. Miller, Attorney |
| 08/21/2006 | | Victim-witness fee paid as assessed in the amount of $90.00. |

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Date | Paper | Text |
|---|---|---|
| 11/29/2006 | | By agreement of all parties and per order of Ball J. Court determines that setnence imposed on offense #006 is an illegal sentence. Court revokes sentence imposed on offense #006 on 3/24/06 and revises as follows. |
| 11/29/2006 | | as to #006 - Two and on ehalf (2 1/2) years Suffolk County House of correction concurrent with sentence imposed on offense #001 and Nunct Pro Tunc to 3/24/06. Deemed served. Ball J |
| 09/11/2007 | | Corrected mittimus issued as to #002 and #004 and mailed to MCI CJ. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 11/13/2003 | Magistrate Ctrm 705 | Arraignment | Event held as scheduled |
| | | Deft. on jail list | |
| 12/03/2003 | Magistrate Ctrm 705 | Conference: Pre-Trial | Event held as scheduled |
| | | Also hearing re: Defense Counsel. (Jail List) | |
| 01/06/2004 | Magistrate Ctrm 705 | Hearing: Appointment Counsel | Event held as scheduled |
| | | continuance at request of defendant and PTC. Habe issued 12/3/03. | |
| 02/10/2004 | Magistrate Ctrm 705 | Conference: Pre-Trial | Event held as scheduled |
| | | Continued by agreement. | |
| 03/11/2004 | Criminal 1 Ctrm 704 | Conference: Status Review | Commonwealth did not appear |
| 03/19/2004 | Magistrate Ctrm 705 | Conference: Pre-Trial | Event moved to another session |
| | | Continued by agreement. Also re: Status. | |
| 03/19/2004 | Criminal 1 Ctrm 704 | Bail: Review | Event held as scheduled |
| | | Bail hearing in-person. Continuance by agreement. Habe faxed to South Bay on 03/12/2004. | |
| 05/04/2004 | Magistrate Ctrm 705 | Hearing: Non-eviden-Discovery | Event held as scheduled |
| | | Continuance by agreement | |
| 06/09/2004 | Magistrate Ctrm 705 | Conference: Status Review | Event not held--joint request |
| | | Continued by agreement. | |
| 07/07/2004 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement. Defendant in Federal Custody. | |
| 08/11/2004 | Magistrate Ctrm 705 | Hearing: Non-eviden-Discovery | Event held as scheduled |
| | | Continued by agreement. (Deft in Federal Custody). | |
| 10/01/2004 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Discovery. Defendant in Federal Custody. | |
| 11/17/2004 | Magistrate Ctrm 705 | Hearing: Compliance | Event held as scheduled |
| | | continuance by agreement re: Discovery | |
| 01/18/2005 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Commonwealth's response to defense counsel's discovery motions. Defendant in federal custody at Plymouth County House of Correction. | |
| 02/23/2005 | Criminal 1 Ctrm 704 | Conference: Lobby | Event not held--joint request |
| | | Continuance by agreement... Deft in Federal custody. | |
| 02/23/2005 | Magistrate Ctrm 705 | Conference: Status Review | Event canceled not re-scheduled |
| | | contiuence by agreement re: discovery | |
| 03/22/2005 | Magistrate Ctrm 705 | Conference: Status Review | Event not held--joint request |
| | | continuance by agreement re: Discovery. | |
| 03/30/2005 | Magistrate Ctrm 705 | Hearing: Appointment Counsel | Event rescheduled by court order |
| 04/12/2005 | Magistrate Ctrm 705 | Hearing: Compliance | Event rescheduled by court order |
| | | Continued by agreement. Re: Commonwealth's Compliance with discovery | |
| 04/12/2005 | Criminal 1 Ctrm 704 | Hearing: Appointment Counsel | Event not held--joint request |
| | | continued by order of the court Re: Counsel. Defendant in federal custody. Parties notified on 4/1/05. | |

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

## SUCR2003-11090
## Commonwealth v Anderson, Gerald

| Date | Session | Event | Result |
|---|---|---|---|
| 05/10/2005 | Criminal 1 Ctrm 704 | Conference: Status Review by agreement Re: discovery. | Event not held--req of Defendant |
| 06/06/2005 | Criminal 1 Ctrm 704 | Conference: Status Review by request of defendant. Re: discovery. | Event not held--joint request |
| 07/06/2005 | Criminal 1 Ctrm 704 | Conference: Status Review by agreement. | Event not held--joint request |
| 07/07/2005 | Criminal 1 Ctrm 704 | Conference: Status Review by agreement. | Event canceled not re-scheduled |
| 10/19/2005 | Criminal 7 Ctrm 907 | Hearing: Evidentiary-suppression by agreement. (2 hrs) Defendant in federal custody. Habe hand delivered. | Event not held--joint request |
| 12/06/2005 | Criminal 10 Ctrm 403 | Hearing: Evidentiary-suppression Federal Habe issued 11/09/05. REV | Event held--under advisement |
| 01/11/2006 | Criminal 10 Ctrm 403 | Conference: Status Review Continued by Agreement re: findings and lobby. | Event moved to another session |
| 01/11/2006 | Criminal 1 Ctrm 704 | Conference: Trial Assignment and status. New notice, case moved to the 1st session. | Event not held--joint request |
| 02/06/2006 | Criminal 1 Ctrm 704 | Hearing: Plea Change by agreement. (in Federal Custody ADA will arrange transportation via U.S. Marshalls,) | Event not held--joint request |
| 03/08/2006 | Criminal 1 Ctrm 704 | Hearing: Habeas Corpus (fed) | Event held as scheduled |
| 03/24/2006 | Criminal 1 Ctrm 704 | Hearing: Plea Change by agreement. (Deft in Federal Custody; ADA will arrange transportation). (Habe issued 03/08/2006) | Event held as scheduled |