23

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                        SUPERIOR COURT DEPARTMENT
                                                    No. SUCR2003-11090

COMMONWEALTH

V.

GERALD ANDERSON

**MOTION FOR WRIT OF HABEAS CORPUS**

Now comes the Commonwealth and requests this Honorable Court issue a writ of habeas corpus for Gerald Anderson (DOB10/11/82) (PCF#2640755) (Federal Registry No. 25203038) (State Id 37569) for March 24, 2006. He is currently being held in federal custody at the Plymouth County Correctional Facility located at 26 Long Pond Road, Plymouth, Massachusetts.

Respectfully Submitted
For the Commonwealth,

*Filed + Allowed.*

*By [signature]*
*3-8-06*   by:

DANIEL CONLEY
DISTRICT ATTORNEY
SUFFOLK COUNTY

[signature]
Terrence M. Reidy
Assistant District Attorney
One Bulfinch Place
Boston, MA  02114
(617) 619-4131

**Exhibit D**