UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: The Superintendent of MCI WALPOLE , MA

YOU ARE COMMANDED to have the body of  GERALD ANDERSON  now in your custody, before the

United States District Court for the District of Massachusetts, United States  Courthouse, 1 Courthouse

Way, Courtroom No.  12,  on the   5TH   floor, Boston, Massachusetts on  AUGUST 20, 2008 @ 2:30

P..M.

for the purpose of    RE-SENTENCING

in the case of UNITED STATES V. GERALD ANDERSON

CV Number  04CR10110-1-RWZ

    And you are to retain the body of said  GERALD ANDERSON  while before said Court upon said

day and upon such other days thereafter as his attendance before said Court shall be necessary, and as

soon as may be thereafter to return said  GERALD ANDERSON  to the institution from which he was

taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for

the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  8th day of JULY , 20 08  .


     s/ Rya W. Zobel
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                        SARAH A. THORTON
                        CLERK OF COURT
        SEAL

                    By:  s/ Lisa A. Urso
                         Deputy Clerk


(Habeas Writ.wpd - 12/98)                                          [kwhcap.] or
                                                                   [kwhcat.]