UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10110-RWZ |
| ) | |
| GERALD ANDERSON ) | |
| ) | |

GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby responds to Defendant's Motion for Reduction of Sentence [Docket Number 75]. The Government concurs with Defendant's position that he is eligible for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1b1.10. The Government further concurs that Defendant should be re-sentenced to 30 months, which would reflect a two-level reduction under the Sentencing Guidelines. The Government opposes Defendant's request that the Court include the following language in its Judgement: "[T]hat the sentence be served concurrently with the Suffolk Superior Court sentence he is presently serving, and that the federal sentence be deemed to have commenced on March 16, 2006 (the date of his original federal sentence)." The effect of running Defendant's federal sentence concurrently with the Suffolk Superior Court sentence he is presently serving would be that Defendant would not serve even a single additional day for his federal crimes. Defendant's entire federal sentence would be subsumed in his two state court

sentences.  Defendant's federal crimes are serious and warrant additional incarceration.  The Government requests argument on Defendant's motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: David G. Tobin
            DAVID G. TOBIN
            Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                David G. Tobin
                DAVID G. TOBIN
                Assistant United States Attorney

Date: August 18, 2008