AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GERALD ANDERSON ) | Case No: 04CR10110-1-RWZ |
| ) | USM No: 25203-038 |
| Date of Previous Judgment:  03/26/2006 ) | Charles W. Rankin, Esquire |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __37__ months **is reduced to** __30__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

This sentence (approximately 30 months) commenced on the date of original imposition of sentence (3/16/06) and ran concurrently with the state sentence the defendant has since been serving.

Except as provided above, all provisions of the judgment dated __03/23/2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  08/20/2008

Effective Date:  8/24/08
(if different from order date)

Judge's signature

Rya W. Zobel
Printed name and title